# EXHIBIT A

**Outlook**

---

**30 Day Notice To Terminate Verity Phone Agreement**

---

**From** Edward Cohen <cohene@norton.org>

**Date** Wed 2025-10-01 1:35 PM

**To** Kyle Dilkes <kdilkes@veritypartnersinc.com>; Alex Salstein <asalstein@veritypartnersinc.com>; Jamie Mahler <jmahler@veritypartnersinc.com>; Verity Accounts <vaccounts@veritypartnersinc.com>

**Cc** Karen Mahoney <mahoneyk@norton.org>

This email serves to notify Verity that the Norton Museum of Art is providing 30 notice from today to terminate the Verity Next-Gen CloudVoice Platform 2022.  As reference, the most recent invoice # for this service is 190234, dated 9/1/2025.

As part of the porting process, we ask Verity to provide the account password, required to be provided to the carrier, today. This ensures no interruption of phone service to the Norton Museum of Art.

As discussed previously, we look forward to considering Verity for future project endeavors, and look forward to the upcoming Risk Assessment.

Regards,

**Ed Cohen**

Director, IT and Cybersecurity

# NORTON MUSEUM OF ART

1450 S. Dixie Highway

West Palm Beach, Florida 33401

(561) 832-5196 x1037

**norton.org**

 Outlook

**Re: Phones Port**

| | |
|---|---|
| From | Edward Cohen <cohene@norton.org> |
| Date | Thu 2025-10-02 5:52 PM |
| To | Kyle Dilkes <KDilkes@veritypartnersinc.com> |

Thank you Kyle for your help.  You could probably tell I was a little put off. This has to get resolved quickly so we can move forward.

**Ed Cohen**
Director, IT and Cybersecurity

# NORTON MUSEUM OF ART

1450 S. Dixie Highway
West Palm Beach, Florida 33401
(561) 832-5196 x1037
**norton.org**

---

**From:** Kyle Dilkes <KDilkes@veritypartnersinc.com>
**Sent:** Thursday, October 2, 2025 5:04:12 PM
**To:** Edward Cohen <cohene@norton.org>
**Subject:** Phones Port

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hi Ed,

I hope all is well.

I'm working with my uppers and Alex on what is needed to get you that port code. If you don't mind saying which vendor beat us out kindly?

Thank you,

Kyle B. Dilkes | Verity Partners Inc. | 561.325.9926
Networking, Cyber Security, WiFi, Help Desk Support, Data, Cloud & Hosting



 Outlook

## Password

**From** Edward Cohen <cohene@norton.org>
**Date** Sat 2025-10-04 9:16 AM
**To** Kyle Dilkes <kdilkes@veritypartnersinc.com>

Hi Kyle,
What is the status regarding the password?

**Ed Cohen**
Director, IT and Cybersecurity

# NORTON MUSEUM OF ART

1450 S. Dixie Highway
West Palm Beach, Florida 33401
[(561) 832-5196 x1037](tel:5618325196)
**[norton.org](https://norton.org)**

 Outlook

## Account Password

From  Edward Cohen <cohene@norton.org>
Date  Mon 2025-10-06 9:04 AM
To      Kyle Dilkes <kdilkes@veritypartnersinc.com>; Alex Salstein <asalstein@veritypartnersinc.com>

Good Morning,
Will we be receiving the password this morning?  I didn't hear back from you on Friday.

Thanks.

**Ed Cohen**

Director, IT and Cybersecurity

# NORTON MUSEUM OF ART

1450 S. Dixie Highway

West Palm Beach, Florida 33401

(561) 832-5196 x1037

**[norton.org](http://norton.org)**

Outlook

**Re: Password**

From Edward Cohen <cohene@norton.org>
Date Mon 2025-10-06 10:51 AM
To     Kyle Dilkes <KDilkes@veritypartnersinc.com>

Thanks for the response.  I find it pretty amazing if the password is withheld.  Is the meeting to determine if any early term fees apply?

**Ed Cohen**

Director, IT and Cybersecurity

# NORTON MUSEUM OF ART

1450 S. Dixie Highway

West Palm Beach, Florida 33401

(561) 832-5196 x1037

**norton.org**

**From:** Kyle Dilkes <KDilkes@veritypartnersinc.com>
**Sent:** Monday, October 6, 2025 10:48 AM
**To:** Edward Cohen <cohene@norton.org>
**Subject:** Re: Password

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Morning Ed,

We have meeting late this afternoon about and Norton is on the topic list. I should have the info over to you later today or tomorrow on next steps. Sorry for the delay and have a great start to your week.

Thank you,

Kyle B. Dilkes | **Verity Partners Inc**. | 561.325.9926
Networking, Cyber Security, WiFi, Help Desk Support, Data, Cloud & Hosting



**From:** Edward Cohen <cohene@norton.org>
**Sent:** Saturday, October 4, 2025 9:16:53 AM
**To:** Kyle Dilkes
**Subject:** Password

Hi Kyle,
What is the status regarding the password?

**Ed Cohen**
Director, IT and Cybersecurity

1450 S. Dixie Highway  
West Palm Beach, Florida 33401  
(561) 832-5196 x1037  
**norton.org**

Outlook

## Call to address receipt of password

**From** Edward Cohen <cohene@norton.org>
**Date** Mon 2025-10-06 3:37 PM
**To** Alex Salstein <asalstein@veritypartnersinc.com>; Kyle Dilkes <kdilkes@veritypartnersinc.com>
**Cc** Karen Mahoney <mahoneyk@norton.org>

Alex, Kyle,
I haven't heard back regarding receipt of the password. Karen and I would like to have a call with you tomorrow to discuss. We are available 9:00am - 9:30am, or anytime between 10:00am - 1:00pm.

Thank you.

**Ed Cohen**

Director, IT and Cybersecurity

# NORTON MUSEUM OF ART

1450 S. Dixie Highway

West Palm Beach, Florida 33401

(561) 832-5196 x1037

**norton.org**

 Outlook

## Update

| | |
|---|---|
| From | Edward Cohen <cohene@norton.org> |
| Date | Thu 2025-10-09 9:06 AM |
| To | Alex Salstein <asalstein@veritypartnersinc.com> |
| Cc | Kyle Dilkes <kdilkes@veritypartnersinc.com> |

Hi Alex,
Since it is over one week since I provided notice of termination, why haven't I received the password or any information?

**Ed Cohen**
Director, IT and Cybersecurity


# NORTON MUSEUM OF ART

1450 S. Dixie Highway
West Palm Beach, Florida 33401
(561) 832-5196 x1037
**norton.org**

