IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case 9:25-cv-81303-DMM

NORTON MUSEUM OF ART, INC.

    Plaintiff,
v.

VERITY PARTNERS, INC.,

    Defendant.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Ricardo A. Reyes, Esq., Carrie Stolzer Robinson, Esq. and the law firm of Tobin Reyes PLLC (collectively, the "Firm") move this Court, pursuant to Rule 4-1.16 of the Florida Bar Rules and Local Rule 11.1(d)(3)(A), to withdraw as counsel for Defendant, Verity Partners, Inc. ("Verity"), and as grounds therefore state as follows:

1. The Firm has appeared in this case as counsel for Verity.

2. Irreconcilable differences have arisen between the Firm and Verity which make it impossible for the Firm to continue to properly represent Verity in this action.

3. The last known address, phone number, and e-mail address for Verity is as follows:

    Mr. Alex Salstein
    Verity Partners, Inc.
    1515 South Federal Highway, Suite 308
    Boca Raton, Florida 33432
    (800) 870-7860
    alex@1verity.com

4. Accordingly, the Firm respectfully requests an order granting this motion to withdraw, relieving the Firm of any further responsibility for Verity in this matter.

**Rule 7.1(a)(3) Certification**

The undersigned counsel conferred with counsel by telephone on December 29, 2025. Counsel for Plaintiff confirmed that Plaintiff does not oppose the relief sought herein.

WHEREFORE, Ricardo A. Reyes, Esq., Carrie Stolzer Robinson, Esq. and Tobin Reyes PLLC respectfully request this Honorable Court grant this Motion to Withdraw as counsel for the above-named Defendant, Verity Partners, Inc., together with any other relief the Court deems just and proper.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on December 29, 2025, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to All Counsel of Record and by email and U.S. mail on Mr. S. Alex Salstein, Verity Partners, Inc., 1515 South Federal Highway, Suite 308, Boca Raton, Florida 33432, (800) 870-7860, alex@1verity.com.

Respectfully submitted

*s/Ricardo A. Reyes*
Ricardo A. Reyes, Esq. FBN 864056
Carrie Stolzer Robinson, Esq., FBN 0354030
TOBIN | REYES PLLC
*Attorneys for the Firm*
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, Florida 33432
Tel:   (561) 620-0656
Fax:   (561) 620-0657
Primary Email: eservice@tobinreyes.com
Secondary Email: rar@tobinreyes.com